# Court of Appeals
# of the State of Georgia

ATLANTA, December 28, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0157. DORON LATRELL POWERS v. THE STATE.**

Doron Latrell Powers entered an *Alford*[1] plea to one count of child molestation, and the trial court sentenced Powers to 20 years with eight to serve. Powers later filed a motion to vacate the trial court's judgment. The trial court dismissed the motion, and Powers filed this application for discretionary appeal.

The Supreme Court, however, has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); see also *Weaver v. State*, 359 Ga. App. 784, 785 (1) (860 SE2d 96) (2021) ("a motion to vacate an allegedly void conviction is an improper mechanism in which to collaterally attack a conviction"). Because Powers is not authorized to collaterally attack his conviction in this manner, this application is hereby DISMISSED. See *Roberts*, 286 Ga. at 532; *Harper v. State*,

---

[1] *North Carolina v. Alford*, 400 U. S. 25 (91 SCt 160, 27 LE2d 162) (1970).

286 Ga. 216, 218 (2) (686 SE2d 786) (2009).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __12/28/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*